| Com. v. Corbin | 08/30/2016 188 EAL (2016) | Denied | Pa.Super., 145 A.3d 785 |
|---|---|---|---|
| Com. v. Crespo [7] | 08/23/2016 534 MAL (2015) | Denied | Pa.Super., 122 A.3d 1129 |
| Com. v. Croasmun | 08/17/2016 163 WAL (2016) | Denied | Pa.Super., 144 A.3d 205 |
| Com. v. Crooks | 08/24/2016 186 WAL (2016) | Denied | Pa.Super., 145 A.3d 777 |
| Com. v. Cross–Hill [8] | 07/06/2016 141 WAL (2016) | Denied | Pa.Super., 141 A.3d 602 |
| Com. v. Dartoe | 08/10/2016 106 EAL (2016) | Denied | Pa.Super., 141 A.3d 598 |
| Com. v. Davis | 08/17/2016 171 WAL (2016) | Denied | Pa.Super., 145 A.3d 773 |
| Com. v. Dip | 08/24/2016 149 EAL (2016) | Denied | Pa.Super., 144 A.3d 194 |
| Com. v. Dodson | 08/22/2016 246 MAL (2016) | Denied | Pa.Super., 144 A.3d 188 |
| Com. v. Elansari [9] | 08/23/2016 236 MAL (2016) | Denied | Pa.Super., 141 A.3d 603 |
| Com. v. Ely | 08/16/2016 173 WAL (2016) | Denied | Pa.Super., 145 A.3d 771 |
| Com. v. Escobar | 08/25/2016 175 EAL (2016) | Denied | Pa.Super., 145 A.3d 782 |
| Com. v. Fleming | 09/07/2016 140 EAL (2016) | Denied | Pa.Super., 144 A.3d 191 |

7. Justice DONOHUE did not participate in the consideration or decision of this matter.

8. Reconsideration Denied August 15, 2016.

9. Reconsideration Denied September 30, 2016.